| Judge | Recd Date | Grv. |
|---|---|---|
|  |  |  |

For use by inmates in filing a complaint under CIVIL RIGHTS ACT, 42 USC §1983

INMATE NAME: JAMES THOMAS SHELTON

PRISONER NO.: 2008-01887

PLACE OF CONFINEMENT: Central Virginia Regional

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

JAMES THOMAS SHELTON
Enter Full Name                    Plaintiff

vs. Central Virginia Regional Jail
MEDICAL Department @ A. Pitts
@ CHARLET Baydenhop @ DR. SHEETS.
Enter Full Name(s)                 Defendant(s)

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUL 09 2008
JOHN F. CORCORAN, CLERK
BY: _____
    DEPUTY CLERK

CIVIL ACTION NO. _____

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes     ✓ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: None

2. Court: ___
3. Docket No.: ___
4. Judge: ___
5. Disposition: ___

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓     No _____

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D. Statement of Claim - State here briefly the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.
On 6-3-08 Charlet Baydenhop failed to weigh me upon my arrival into this Jail I'm claiming the Medical Department Neglected my health

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.
After 3 weeks I noticed I couldn't maintain my weight with the food I was recieving. I wrote medical A. Pitts Responded. Denied my request for Special Diet

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.
Dr. SHEETS Denied my request for this Diet also I've lost 18 pounds in 1 month. I had been placed on that diet before by the Doctors in Arlington Co.

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.
I would Like the Courts to Court ORDER me a HIGH Calorie Hi Protien Diet

SIGNED THIS 6 DAY OF July, AD 2008

James Shelton
(Signature of Each Plaintiff)

VERIFICATION:

I, JAMES Thomas SHELTON, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.
DATED: 7-6-08 SIGNED: James Thomas Shelton

All prisoners will now be required to pay a full filing fee of $150.00. Prisoners seeking to proceed in forma pauperis (without the

James Shelton 2008-01881
C.V.R.J.
13021 James Madison Hwy.
Orange, VA. 22960

To: UNIted States District Court
255 West Main Street Room #320
Charlottesville, VA. 22901

CHARLOTTESVILLE VA
LEGAL MAIL
08 JUL 2008

22902+5054